AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** ||||
|---|---|---|---|
| Case No.: 2:25-mj-00283-KFW | Date and time warrant executed: 08/26/2025  4:30pm || Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||||

Inventory of the property taken and name(s) of any person(s) seized:

Meta Inc. provided the data requested in the search warrant to Deputy US Marshal Spencer Christie on 09/01/2025.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/05/2025

*Spencer Christie*
*Executing officer's signature*

Spencer Christie, Deputy US Marshal
*Printed name and title*

Print    Save As...    Reset